127 P.3d 59

**Susan ZIEMAK**

v.

**Larry SCHNAKENBERG.**

**No. CV–05–0243–PR.**

Supreme Court of Arizona.

Feb. 7, 2006.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

127 P.3d 59

**FL RECEIVABLES TRUST 2002–A**

v.

**ARIZONA MILLS LLC.**

**No. CV–06–0326–PR.**

Supreme Court of Arizona.

Feb. 7, 2006.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Request for Attorneys' Fees [Appellee Arizona Mills] = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [Appellant FL Receivables Trust 2002–A] = DENIED.